# EXHIBIT A

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CINDY GINTER, ANNEMARIE ROGERS, AND LISA KAUFMAN on behalf of themselves and those similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>RBS CITIZENS, N.A., D/B/A CCO MORTGAGE, CHARTER ONE, AND CITIZENS BANK,<br><br>          Defendant. | Case No. 1:12-cv-00008-S-DLM |

### <u>DECLARATION OF TODD S. HOLBROOK</u>

I, Todd S. Holbrook, Esq., do hereby declare as follows:

      1.      I am a partner in the law firm of Morgan, Lewis & Bockius LLP, attorneys for Defendant in this action.  I have been involved in the defense of this action since its inception.  I declare the following facts from my own personal knowledge, and if called as a witness I could and would competently testify to them.

      2.      Attached as Exhibit 1 is a true and correct copy of Annemarie Rogers' LinkedIn profile - http://www.linkedin.com/pub/annemarie-rogers/7/858/741.

      3.      Attached as Exhibit 2 is a true and correct link to Nichols Kaster website - http://www.nka.com/case/citizens-bank/.

      4.      Attached as Exhibit 3 is a true and correct copy of opt-in form on the Nichols Kaster website related to this action.

      5.      Attached as Exhibit 4 is a true and correct copy of the PRWeb press release related to this action –

http://www.prweb.com/releases/RBS_Citizens/Unpaid_Overtime_Lawsuit/prweb910543 7.htm.

6.      Attached as Exhibit 5 is a true and correct copy of *Chemi v. Champion Mortgage,* No. 05-01238, slip op. (D.N.J. Jun. 21, 2006).

7.      Attached as Exhibit 6 is a true and correct copy of the transcript of oral argument in *Becton v. JPMorgan Chase & Co.*, No. 1:11-cv-00331 (N.D. Ill. Apr. 11, 2011).

8.      Attached as Exhibit 7 is a true and correct copy of Defendant's Response to Plaintiffs' Motion for Court-Supervised Notice to Putative Collective Action Members, *Oetinger v. First Residential Mortg. Network, Inc.*, No. 3:06-cv-381-H (W.D. Ky. Dec. 21, 2007).

9.      Attached as Exhibit 8 is a true and correct copy of the relevant excerpts of the Brief of the Secretary of Labor as Amicus Curiae in *Henry v. Quicken Loans*, No. 2:04-cv-40345-SJM-MJH, at 26-28 (E.D. Mich. Dec. 9, 2010).

Dated:  July 9, 2012

Todd S. Holbrook

DB1/ 69633095.1

2