# EXHIBIT 1

Annemarie Rogers | LinkedIn                                                                Page 1 of 2
Case 1:12-cv-00008-M-PAS   Document 61-2   Filed 07/09/12   Page 2 of 3 PageID #: 534

**Free MS Office Training - CustomGuide: Increase staff productivity with affordable online learning**   From: **CustomGuide**



### Annemarie Rogers
Loan Officer at Flagstar Bank
Greater Detroit Area | Banking

| | |
|---|---|
| Current | **Loan Officer** at **Flagstar Bank** |
| Past | Banking at JP Morgan Chase |
| | Loan Officer at Charter One Bank |
| | Vice President Emerging Markets Manager at National City Mortgage |
| | see all |
| Education | University of Michigan |
| Connections | **180** connections |
| Websites | Personal Website |
| Public Profile | http://www.linkedin.com/pub/annemarie-rogers/7/858/741 |

Share        PDF        Print        Flag

## Summary

Ambitious, self motivated sales professional with a special talent for engaging customers and establishing a genuine rapport. More than nine years of professional sales management experience focusing on business development. Exceptional presentation skills. Internally motivated and able to succeed independently. Expertise includes: outstanding sales, public speaking, training, writing, analytical and problem solving skills.

Specialties
Expert at product lauches and developing new territories from the ground up. Extensive experience of public speaking for audiences as large as 500 persons.

## Experience

**Loan Officer**
**Flagstar Bank**
Public Company; 1001-5000 employees; FBC; Banking industry
January 2012– Present (5 months)

**Banking**
**JP Morgan Chase**
Public Company; 10,001+ employees; JPM; Financial Services industry
2011– 2012 (1 year)

**Loan Officer**
**Charter One Bank**
Privately Held; 10,001+ employees; Banking industry
April 2010– April 2011 (1 year 1 month)

Developed business individually by persistent and relentless sales calling on potential referral sources, such as realtors, developers, financial planners, attorneys and nonprofit housing organizations. Captured significant market share in new territory in less than one year's time.Gained rapport with referral sources by demonstrating ability to easily select appropriate products for customers and by meeting deadlines and expectations.
Created and managed a pipeline of business.
Presented product training information to referral sources to provide industry updates for constantly changing guidelines.

**Vice President Emerging Markets Manager**
**National City Mortgage**
Public Company; 1001-5000 employees; pnc; Banking industry
August 2000– September 2009 (9 years 2 months)

Cultivated and cemented large referral base business for more than 100 originating loan officers. Developed marketing materials and sales strategies to further increase sales volume and overall production. Facilitated new product launches. Increased product volume from $122 million to $220 million per annum over a three year period in a declining real estate market. Developed and conducted training presentations and sales presentations for external referral sources and homebuyers in person, via conference calls and web-based training modules. Audiences ranged from five persons to more than 500. Maintained up-to-date and detailed, complex product knowledge in rapidly changing marketplace.

**Freelance reporter**
**Ann Arbor News**
Privately Held; 201-500 employees; Newspapers industry
1997– 2000 (3 years)

Covered three regular news beats and features stories for daily newspaper.

**reporter**
**Hometown Newspapers**
1996– 1997 (1 year)

## Skills & Expertise

Case 1:12-cv-00008-M-PAS   Document 61-2   Filed 07/09/12   Page 3 of 3 PageID #: 535

Public Speaking    Problem Solving    Writing

### Education

**University of Michigan**
B.A, English

### Additional Information

| | |
|---|---|
| Websites: | • Personal Website |
| Groups and Associations: | Alpha Chi Omega Networking Group<br>Join |
| | Detroit Jobs<br>Join |
| | Medical Device Professionals Network<br>Join |
| | Title Insurance and Settlement Service Network<br>Join |
| | University of Michigan Alumni<br>Join |

### Contact Annemarie for:

- career opportunities
- job inquiries
- business deals
- getting back in touch
- consulting offers
- expertise requests
- reference requests

**Send a message to Annemarie Rogers**
➡ Send InMail